HORACE BROCKWAY ET AL., APPELLEES, V. ROBERT POMEROY, APPELLANT.

FILED FEBRUARY 8, 1906.    No. 14,110.

Judicial Sale: APPRAISAL. Where no injury or prejudice is shown in an appraisement at a judicial sale, such sale will not be set aside for mere irregularity on the part of the sheriff in selecting a tenant on the premises as one of the appraisers.

APPEAL from the district court for Dawes county: WILLIAM H. WESTOVER, JUDGE. *Affirmed.*

*J. E. Porter,* for appellant.

*W. H. Fanning, contra.*

OLDHAM, C.

This is an appeal from a confirmation of a judicial sale in a foreclosure proceeding. The only objection urged

Brockway v. Pomeroy.

against the regularity of the sale is that one of the appraisers was a tenant on the mortgaged premises when the appraisement was made. There is no showing of prejudice in any manner in the making of the appraisement. The land was, in fact, appraised at $500, and sold at $723, which was the full amount of the indebtedness and costs. There was no evidence offered in anywise tending to show that the land was appraised at any less than its actual value, and there was no allegation that the appraisers had any interest in the land in controversy, other than such as might be inferred from the fact that one of them was a tenant on the land when it was sold. While we look with great disfavor on the selection of anyone in any manner connected with the lands in controversy as an appraiser at a judicial sale, and while, on the slightest showing of injury or prejudice resulting from an appraisement made by one having even a remote interest in the property, we would not hesitate to set aside a sale based on such an appraisement, yet, where there is a total failure to even attempt to show injury or prejudice in the appraisement, we hardly feel justified in setting aside a sale which has been confirmed by the trial court, on the mere irregularity of the selection of a tenant on the premises as one of the appraisers.

We therefore recommend that the judgment of the district court be affirmed.

AMES, C., concurs.

By the Court: For the reasons given in the foregoing opinion, the judgment of the district court is

AFFIRMED.